April 11, 1980

427 A.2d 1212

Commonwealth v. Campbell, Appellant.

Submitted March 23, 1979. Douglas M. Johnson, Assistant Public Defender, for

* Judge Donald E. Wieand is sitting by special designation.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

appellant; Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.